NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLUOR INTERCONTINENTAL, INC.,**
*Appellant,*

**v.**

**JOHN KERRY, Secretary of State,**
*Appellee.*

---

2012-1553

---

Appeal from the Civilian Board of Contract Appeals in Nos. 490, 491, 492, 716, 1555, and 1763, Administrative Judge Jeri Kaylene Somers.

---

**JUDGMENT**

---

PATRICIA A. MILLETT, Akin Gump Strauss Hauer & Feld LLP, of Washington, DC, argued for appellant. With her on the brief were THOMAS P. MCLISH, RUTHANNE M. DEUTSCH, and TROY D. CAHILL; and ANYA J. STEIN, of Los Angeles, California  Of counsel were EDWARD J. PARROTT and ROBERT M. FITZGERALD, Watt, Tieder, Hoffar & Fitzgerald, LLP, of McLean, Virginia.

JEFFREY A. REGNER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, KIRK T. MANHARDT, Assistant Director. Of counsel on the brief were JOHN C. SAWYER and THOMAS D. DINACKUS, Attorneys, United States Department of State, of Arlington, Virginia.

ROBERT A. LONG, Covington & Burling LLP, of Washington, DC, for amici curiae. Of counsel on the brief were ROBIN S. CONRAD and RACHEL L. BRAND, National Chamber Litigation Center, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (RADER, *Chief Judge,* LINN, and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 16, 2013          /s/  Daniel E. O'Toole
        Date                        Daniel E. O'Toole
                                    Clerk